UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

'08 OCT 28 P2:22

JON W. SANFILIPPO
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 08-CR 08 CR-285 <br> [18 U.S.C. §§ 922(a)(6), 922(g)(3) & 924(a)(2)] |
| TABITHA D. LYNCH, | |
| Defendant. | |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1.  On or about April 10, 2008, in the State and Eastern District of Wisconsin,

**TABITHA D. LYNCH,**

in connection with the acquisition of a firearm from Badger Guns, 2339 South 43rd Street, Milwaukee, Wisconsin, a federal licensed firearms dealer, knowingly did make false and fictitious written statements intended and likely to deceive Badger Guns, as to facts material to the lawfulness of the sale and disposition of such firearm under the provisions of Chapter 44 of Title 18, United States Code.

2.  In particular, in connection with the purchase of the firearm listed in paragraph three (3) below, Tabitha D. Lynch falsely stated on the Firearms Transaction Record (ATF Form 4473) that she was the actual buyer of the firearm when, in fact, as Lynch well knew, she was purchasing the firearm for someone else. Lynch also falsely stated that she was not an unlawful drug user, when in fact, she had unlawfully used controlled substances since 2005.

3. The firearm is further described as a Hi-Point, model JHP, .45 caliber pistol, bearing serial number X489097.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

2

Case 2:08-cr-00285-JPS   Filed 10/28/08   Page 2 of 3   Document 1

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1.   On or about April 12, 2008, in the State and Eastern District of Wisconsin,

**TABITHA D. LYNCH,**

who being an unlawful user of a controlled substance as defined in 21 U.S.C. Sec. 802, knowingly possessed a firearm which, prior to her possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.   The firearm is further described as a Hi-Point, model JHP, .45 caliber pistol, bearing serial number X489097.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

A TRUE BILL: *yes*

FOREPERSON

Date: 10/28/08

STEVEN M. BISKUPIC
United States Attorney